**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
In re                                                                    Chapter 11

**FRESH FANATIC, INC.,**                                Case No. 17-44263 (ESS)

          Debtor
------------------------------------------------------------x

**ORDER GRANTING LEAVE, AND AUTHORITY TO COMMENCE, STANDING PROSECUTE AND/OR SETTLE CERTAIN CLAIMS OF THE DEBTOR'S ESTATE**

Upon the motion of the 275 Park Associates, LLC ("275 Park") dated June 14, 2018 for the entry of an order granting leave, standing and authority to commence, prosecute and/or settle certain claims of the Debtor's estate (the "Motion"); and it appearing that the Court has jurisdiction over this matter; and it appearing that notice of the Motion is sufficient, and that no other or further notice need be provided; and upon all the proceedings had before the Court on July 25, 2018 and September 6, 2018; and after due deliberation and sufficient cause appearing therefor, and all objections to the Motion having been overruled by the Court, ***and for the reasons set forth on the record of the September 6, 2018 hearing,*** it is hereby:

~~**ORDERED** that the Motion is GRANTED; and it is further~~

**ORDERED** that 275 Park is granted authority to assert, prosecute to judgment, and/or settle the Estate Claims and/or any related claims or causes of action for and on behalf of the Estate to the same extent that a trustee appointed pursuant to Section 1106 of the Bankruptcy Code would have authority to do so as the Debtor; provided, however, that nothing herein shall impose upon any duties of a trustee appointed pursuant to Section 1106 of the Bankruptcy Code; and it is further

**ORDERED** that 275 Park shall commence any adversary proceeding or other action authorized pursuant to this Order on or before the date which is five business days after the

date of this Order;  provided, however, that nothing in this Order shall prejudice the rights of 275 Park to amend any complaint filed pursuant to this paragraph in accordance with applicable law; and it is further

**ORDERED** that this Court ~~shall, and hereby does,~~ ***may*** retain jurisdiction with respect to all matters arising from or relating to the implementation of this Order.



Dated: Brooklyn, New York
September 19, 2018

Elizabeth S. Stong
United States Bankruptcy Judge